**Order entered February 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00258-CV

## IN RE CHARLES L. GILBERT AND GLENN E. JANIK, Relators

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-00621-D**

## ORDER

The Court has before it relator's petition for writ of mandamus. The Court requests that

real party in interest and respondent file any responses to the petition by March 11, 2013.


/s/     MARY MURPHY
          JUSTICE